IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KELLY BEAUDIN STAPLETON  
UNITED STATES TRUSTEE,  
        MOVANT  
VS                                          1-06-mp 00029  
VICKI PIONTEK  
and  
JOHN PIAZZA, III,  
        RESPONDENTS

## REMAINING WITNESS LIST FOR RESPONDENT

        I.        **WITNESSES NAMED IN TRUSTEE'S MOTION**

1. Michael Christ  
   386 Townhouse  
   Hershey, PA 17033  
   Docket: 05-10028

2. Gloria J Preston  
   645 North Lincoln Street  
   Palmyra, PA 17078  
   Docket: 05-03691

3. Robert Zickafoose  
   458 Hilldale Drive  
   Needmore, PA 17238  
   Docket: 05-06086

4. Irene E. Sua  
   57 Northpark Estates  
   East Stroudsburg, PA 18301  
   Docket: 05-57230

        II.        **WITNESSES DEMONSTRATING THE OBJECTIONS PRACTICES OF RESPONDENT SINCE APRIL 24, 2006**

5. Louise A Long  
   RR 2 BOX 1133  
   Three Springs, PA 17264  
   Docket: 06- 00543

6. Michael E. Morris
   2190 Pleasant Grove Rd.
   Warfordsburg, PA 17267
   Docket: 06-00312

### III. EXPERT WITNESSES

7. Molly W. Bartholow, Esq.
   Bartholow & Bartholow
   11300 North Central Expressway
   Suite 301
   Dallas, TX 75243

8. Lawrence S. Rubin, Esq.
   337 W. State Street
   Media, PA 19063-2615

Additionally, the Respondent reserves the right to testify on her own behalf.

Respectfully Submitted,

*(signature)* 11/20/2006
Ryan Paddick, Esq.
288 Lancaster Ave.
Suite 120
Malvern, PA 19355
(610) 993-2111