

**U.S. Department of Justice**

**Office of the United States Trustee**

*Middle District of Pennsylvania*

---

*Federal Building, 11ᵗʰ Floor*
*228 Walnut Street*
*P.O. Box 969*              *(717) 221-4515*
*Harrisburg, Pennsylvania 17108-0969*     *FAX 221-4554*

April 5, 2007

The Honorable Mary D. France
U.S. Bankruptcy Judge                           VIA ECF ONLY
Middle District of Pennsylvania
Harrisburg, PA

Re:      <u>1:06-mp-00029-MDF</u>

Dear Judge France:

       As you will recall, at this morning's hearing in case number 1:07-mp-00014-MDF, the UST withdrew its motion in case 1:06-mp-00029-MDF as it pertained to Ms. Piontek. The undersigned has now consulted with John Piazza, the other respondent in case 1:06-mp-00029-MDF, and can report that he concurs in having the matter withdrawn as it pertains to him. Accordingly, the undersigned would appreciate it if you could mark the entire matter as withdrawn.

       As always, should you have any comments, questions or concerns regarding any matter contained in this letter, please do not hesitate to contact me.

                                     Respectfully submitted,

                                     KELLY BEAUDIN STAPLETON,
                                     UNITED STATES TRUSTEE

                                     Anne K. Fiorenza
                                     Assistant United States Trustee

                      By: <u> s/ D. Troy Sellars </u>
                                D. Troy Sellars, Trial Attorney
                                228 Walnut Street
                                P.O. Box 969
                                Harrisburg, PA 17108-0969
                                (717) 221-4515